FILED 9/28/2004 2:04:00 PM, USDC, Southern District of Iowa

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

**JUDGMENT IN A CIVIL CASE**

KEMIN FOODS, L.C.,
THE CATHOLIC UNIVERSITY
OF AMERICA

**CASE NO.: 4:02-cv-40327**

    Plaintiff

v

PIGMENTOS VEGETALES
DEL CENTRO S.A. DE C.V.,
    Defendant

___X___ **JURY VERDICT .** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED: Judgment is entered in favor of Plaintiff Kemin Foods, L.C. in the amount of $58,775.00 and against Pigmentos Vegetales Del Centro S.A. De C.V. (For infringement of the '564 patent under the doctrine of equivalents) (And damages awarded).

Date: September 28, 2004

*James Rosenbaum*
James Rosenbaum, Clerk
U.S. District Court