IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KEMIN FOODS, L.C., THE CATHOLIC UNIVERSITY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIGMENTOS VEGETALES DEL CENTRO S.A. DE C.V.<br><br>Defendants. | No. 4:02-cv-40327<br><br>**SATISFACTION OF JUDGMENTS** |

Come now Plaintiffs Kemin Foods, L.C. and The Catholic University of America (collectively "Kemin") and state that the judgment for damages in the amount of $58,775 entered upon the jury verdict returned on or about September 24, 2004 and the judgment for costs in the amount of $34,002.07 entered on or about August 3, 2005, and interest thereon, have been paid and satisfied.

October 4, 2005                                       Respectfully submitted,


                                           /s/ Scott W. Clark
Susan K. Knoll
Scott W. Clark
Michelle C. Replogle
HOWREY LLP
750 Bering Drive
Houston, TX 77057-2198
(713) 787-1400 – telephone
(713) 789-1440 – facsimile
knolls@howrey.com
clarks@howrey.com

 /s/ Edward M. Mansfield
Ed Mansfield

BELIN, LAMSON, MCCORMICK, ZUMBACH, FLYNN
666 Walnut St., Ste. 2000
Des Moines, Iowa 50309-3989
(515) 243-7100 – telephone
(515) 558-0608 – facsimile
emmansfield@belinlaw.com

**Attorneys For Plaintiffs**
**KEMIN FOODS, L.C. and THE CATHOLIC**
**UNIVERSITY OF AMERICA**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October __4__, 2005 a true copy of the foregoing SATISFACTION OF JUDGMENT was served on the following via hand-delivery:

> G. Brian Pingel
> Michael A. Dee
> Camille L. Urban
> BROWN, WINICK, GRAVES, GROSS
>   BASKERVILLE & SCHOENEBAUM, P.L.C.
> 666 Grand Ave., Suite 2000
> Des Moines, IA  50309
> Tel: 515.242.2400
> Fax: 515.242.2448
>
> Attorneys For Defendant
> **PIGMENTOS VEGETALES del CENTRO S.A. de C.V.**

    __/s/ Paulette Curiel_____